## PAUL VAZZANO *v.* ROCCO FABRIZIO
## (14563)

Lavery, Schaller and Stoughton, Js.

Argued February 21—decision released March 12, 1996

*Laurence V. Parnoff,* for the appellant (plaintiff).

*Ronald D. Japha,* with whom, on the brief, were *Richard S. Scalo* and *Abraham I. Gordon,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.